No. 501. ROSENBLATT *v.* AMERICAN CYANAMID CO., *ante*, p. 110. Petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 125, Misc. CALHOUN *v.* PATE, WARDEN, *ante*, p. 945;

No. 219, Misc. HUGHES ET AL. *v.* KROPP, WARDEN, *ante*, p. 872;

No. 310, Misc. BARNARD *v.* UNITED STATES, *ante*, p. 948;

No. 320, Misc. BRYE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante*, p. 930;

No. 345, Misc. LASSITER *v.* UNITED STATES, *ante*, p. 948;

No. 346, Misc. KNIPPEL *v.* UNITED STATES, *ante*, p. 948;

No. 592, Misc. MASSARI *v.* UNITED STATES, *ante*, p. 931;

No. 602, Misc. EDELL *v.* DI PIAZZA ET AL., *ante*, p. 931;

No. 617, Misc. GADSDEN ET AL. *v.* FRIPP ET AL., *ante*, p. 921;

No. 637, Misc. ATKINS *v.* KANSAS, *ante*, p. 964;

No. 674, Misc. BECKER *v.* MATTEAWAN STATE HOSPITAL SUPERINTENDENT ET AL., *ante*, p. 947;

No. 801, Misc. CORCORAN *v.* YORTY ET AL., *ante*, p. 966; and

No. 852, Misc. MOODY *v.* UNITED MINE WORKERS LOCAL FOR THE UNITED STATES ET AL., *ante*, p. 285. Petitions for rehearing denied.

No. 477. HAINSWORTH *v.* MARTIN, SECRETARY OF STATE OF TEXAS, ET AL., *ante*, p. 109. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.